# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

NOV 19 2012

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HECTOR D. RUBIO,

    Defendant.

CASE NO. 12-M-6225-01-KMH

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

**18 U.S.C. § 924(c)**
**(Use of a Firearm During a Drug Trafficking Crime)**

On or about November 10, 2012, in the District of Kansas, the defendant,

**HECTOR D. RUBIO,**

did knowingly use and carry a firearm, during and in relation to a drug trafficking offense, that is, aiding and abetting the distribution of controlled substances, in violation

of Title 21, United States Code, Section 841(a), for which the defendant may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(C) and 2.

## COUNT TWO

### 18 U.S.C. § 924(c)
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 10, 2012, in the District of Kansas, the defendant,

### HECTOR D. RUBIO,

did knowingly possess a firearm, in furtherance of a drug trafficking crime, that is, aiding and abetting the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a), for which the defendant may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(C) and 2.

I further state that I am a Detective of the Wichita Police Department (WPD), and that this complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT, WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

Nichelle L. Woodrow
Detective
Wichita Police Department

*The Court's signature appears on the next page.

2

Sworn to before me and subscribed in my presence this 19th day of November, 2012, at Wichita, Kansas.

_Karen M. Humphreys_
United States Magistrate Judge

_Karen M. Humphreys_
Signature of Judicial Officer

3

## AFFIDAVIT

HECTOR D RUBIO
W/M: DOB: XX-XX-1979
SSN: XXX-XX-8968
LEO CASE#: 12C077833
KDAR: 3087F1289585

I, Nichelle L. Woodrow #1995, of lawful age, being first duly sworn on oath, depose and state:

Your Affiant is a Police Officer with the Wichita Police Department, and in that capacity was assigned the follow-up of Wichita Police Department case number 12C077833. After reviewing the reports and speaking with individuals involved, affiant has learned the following information:

On November 10, 2012 at 2320 hours, Wichita Police Officers D. Inkelaar #2125 and Officer J. Schepis #2227 were riding as a two officer unit. The officers were watching a location in the 2300 block of South St. Francis in Wichita, Kansas. The officers observed a gray Chrysler 300, with Kansas tag 093CUC, park along the north side of the residence on Blake Street in a grass/gravel area which was off the roadway.

The officers reported that the occupants of the vehicle got out of the car, eventually returning to it. The vehicle then failed to signal its move into the traffic way, and it turned around to proceed west on Blake Street. The vehicle stopped for the stop sign located at the intersection of Blake and Emporia Streets. After this stop, the vehicle's right turn signal was activated to indicate a right turn. The officers noticed that this vehicle failed to signal 100 feet before it actually turned, proceeding north on Emporia Street in Wichita, Kansas. The officers then initiated a vehicle stop.

Officer Inkelaar observed the rear driver's side passenger later, identified as Hector D. Rubio, moving forward and downward towards the floorboard of the vehicle. As Officers Inkelaar and Schepis approached the vehicle and its occupants, they noted that Mr. Rubio appeared very nervous, rocking his body from front to back and breathing hard. As Officer Schepis stood outside the vehicle on the passenger side, he observed a

hand gun behind Mr. Rubio's back. Mr. Rubio was removed from the vehicle, and Officer Inkelaar also observed the handgun in the passenger seat where Mr. Rubio had been sitting.

The three other occupants, Juan Hernandez-Robles, Luis Hernandez, and Cristoval Gonzales were also removed from the vehicle. A FEG 9mm handgun, s/n AF4477, was recovered from the vehicle where Mr. Rubio was sitting. The officers also found a 9mm bullet located on the floor board of the rear passenger seat behind the driver's seat, and a small plastic baggy of green botanical substance wedged between the bottom part of the seat and the back rest area of the rear seat. A search of Mr. Rubio revealed a small plastic baggy, with an off white substance inside, located between a cigarette box and the clear cellophane wrapping.

Officer Inkelaar #2125 read Miranda warnings to Mr. Rubio at 2347 hours on November 10, 2012. Mr. Rubio agreed to speak to Officer Inkelaar, explaining that he left his house with his friends to go collect money for drug debts. He informed the officer that he borrowed the gun from a friend, he knows as "Too Tall." According to Mr. Rubio, his friends told him they would pay him if he collected the drug debts for them. Mr. Rubio told Officer Inkelaar that he was going to use the gun to ask for the money, and if these people did not have the money, he was going to threaten them with the gun in order to collect the money.

Officer Inkelaar asked Mr. Rubio why he was moving around in the vehicle. Mr. Rubio explained that he saw the officers behind them. He wanted to throw the gun out the window but the officers were too close. So, Mr. Rubio stated that he bent down in the seat, ejected one bullet out of the gun to unload it and then he tried to shove the gun in the seat to hide it.

Mr. Rubio further advised Officer Inkelaar that the substance in the plastic baggy found in the cigarette pack was methamphetamine and it belonged to him. Mr. Rubio stated that he is addicted to meth and has been for the last 10 years. Mr. Rubio denied any knowledge of the marijuana found in the seat.

Your affiant conducted a Sirchie field test on the off white substance on November 15, 2012, at 1118 hours. The substance turned dark purple which indicates a positive test for methamphetamine. Mr. Rubio told Officer Inkelaar that he knew it was illegal to have the gun and the methamphetamine.

An Interstate Identification Index check on Hector D. Rubio showed a conviction for possession of opiates under case 08CR49 on March 3, 2008 in Harvey County, Kansas. Harvey County District court was contacted by your affiant who provided the journal entry of conviction.

Further affiant saith not.

Nichelle Woodrow
Detective
Wichita Police Department

SUBSCRIBED AND SWORN to before me on this 19th day of November, 2012.

Karen M. Humphreys
United States Magistrate Judge
District of Kansas

3